```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|                              |   |                              |
|------------------------------|---|------------------------------|
| AKIN AKINKOYE                | : |                              |
|                              | : |                              |
|     v.                       | : | Civil Action No. DKC 11-2336 |
|                              | : |                              |
| WELLS FARGO HOME MORTGAGE,   |   |                              |
| et al.                       | : |                              |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 12th day of December, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendants Wells Fargo Home Mortgage and Federal National Mortgage Association (ECF No. 18) BE, and the same hereby IS, GRANTED;

2. The complaint filed by Plaintiff Akin Akinkoye BE, and the same hereby IS, DISMISSED without prejudice to Plaintiff's right to file an amended complaint within twenty-one (21) days of the date of this Order;

3. The amended motion for preliminary injunction filed by Plaintiff Akin Akinkoye (ECF No. 9) BE, and the same hereby IS, DENIED; and

4.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                                      /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge